# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128910

DEBORAH TUCKER, Personal Representative
of the Estate of JAMIE LYNN JENKINS,
          Plaintiff-Appellant,

v                                                    SC: 128910
                                                     COA: 251771
                                                     Jackson CC: 01-003518-NZ
MEIJER, INC. and GLENN MEYERS,
          Defendants-Appellees,

and

WENDY ADAMS, TOM TINKLEPAUGH,
LAURIE JACOBS, JOHN DOE, employees and
agents, and JANE DOE, employees and agents,
          Defendants.
_____/

On order of the Court, the application for leave to appeal the May 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

d1219